

**U.S. Department of Justice**

**Gretchen C.F. Shappert**

*United States Attorney*
*District of Virgin Islands*

*Main Office:  Ron de Lugo Federal Building & United States Courthouse*
*5500 Veterans Drive, Suite 260*
*St. Thomas, VI  00802-6424*
*Phone:      (340) 774-5757*
*Fax:         (340) 776-3474*

*Branch Office:*
*1108 King Street, Suite 201*
*Christiansted, St. Croix, VI 00820-5080*
*Phone:      (340) 773-3920*
*Fax:         (340) 773-1407*

November 8, 2019

Glenda L. Lake, Esquire
Clerk of the Court
District Court of the Virgin Islands
Ron De Lugo Federal Bldg. & U.S. Courthouse
5500 Veterans Drive, Third Floor
St. Thomas, Virgin Islands 00802

Re:   Expedited (Three Day) Request for Transcript: Status Conference
       *United States v. Paul Girard et al,* Cr. No. 18-CR-00030

Dear Attorney Lake:

This is an expedited (three day) request for the transcript of the status conference held in the above referenced matter on November 7, 2019, before District Judge Curtis V. Gomez, Court Reporter: FTW GOLD RECORDER.

Please advise us of the cost of this transcript. If you have any questions or concerns, please contact us. Thank you for your cooperation.

Very truly yours,

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

By:    */s Meredith Edwards*
       Meredith Edwards
       Assistant U.S. Attorney

/mmb